UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

===

GREGORY P. CANNON,

                              Plaintiff,

                                                             DECISION AND ORDER
                v.                                                    15-CV-693

CAROLYN W. COLVIN,

                              Defendant.

===

The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B). On July 21, 2017, Magistrate Judge Schroeder filed a Report and Recommendation (Dkt. No. 14), recommending that Defendant's motion to dismiss the Complaint (Dkt. No. 6) be granted.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, Defendant's motion to dismiss the Complaint is granted.

The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

                                                       *Richard J. Arcara*
                                                 HONORABLE RICHARD J. ARCARA
                                                 UNITED STATES DISTRICT COURT

Dated:  August 30, 2017